IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVENTIST HEALTH SYSTEM, et al., | |
| Plaintiffs, | No. CIV S-06-1465 FCD KJM PS |
| vs. | |
| BARBARA CLARK, | |
| Defendant. | ORDER |
| _____/ | |
| and related actions. | No. CIV S-06-1466 FCD KJM PS |
| | No. CIV S-06-1468 FCD KJM PS |
| | No. CIV S-06-1470 FCD KJM PS |
| | No. CIV S-06-1471 FCD KJM PS |
| | No. CIV S-06-1473 FCD KJM PS |
| _____/ | |

On July 13, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. Objections to the findings and recommendations have been filed.

/////

/////

/////

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 13, 2006, are adopted in full; and
2. The above-entitled action is summarily remanded to the Superior Court of California, County of Placer.

DATED: September 1, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge